# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| David Houle and Becky Houle, et. al.,<br><br>Plaintiffs,<br><br>vs.<br><br>Central Power Electric Cooperative, Inc.,<br>(CPEC), et. al.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | **ORDER**<br><br><br><br><br><br>Case No. 4:09-cv-021 |
| CPEC v.                             Plaintiff,<br>Cecil L. Jeannotte, et. al.,     Defendants. | ) ) | Case No. 4:11-cv-055 |
| CPEC v.                             Plaintiff,<br>Corey J. Hall, et. al.,          Defendants. | ) ) | Case No. 4:11-cv-061 |
| CPEC v.                             Plaintiff,<br>Cecil L. Jeannotte, et. al.,     Defendants. | ) ) | Case No. 4:11-cv-073 |
| CPEC v.                             Plaintiff,<br>Howard Longie, et. al.,          Defendants. | ) ) | Case No. 4:11-cv-076 |
| CPEC v.                             Plaintiff,<br>Est of Marie M. Jeanotte, et. al., Defendants. | ) ) | Case No. 4:11-cv-077 |
| CPEC v.                             Plaintiff,<br>Donna M. Anderson, et. al.,      Defendants. | ) ) | Case No. 4:11-cv-078 |
| CPEC v.                             Plaintiff,<br>Pete Barnett, et. al.,           Defendants. | ) ) | Case No. 4:11-cv-084 |
| CPEC v.                             Plaintiff,<br>John E. Monette, et. al.,        Defendants. | ) ) | Case No. 4:11-cv-098 |
| CPEC v.                             Plaintiff,<br>Ophelia Dixon Navarro, et. al.,  Defendants. | ) ) | Case No. 4:11-cv-100 |
| CPEC v.                             Plaintiff,<br>Kimberly Blackwell, et. al.,     Defendants. | ) ) | Case No. 4:11-cv-101 |
| CPEC v.                             Plaintiff,<br>Dustin Decoteau, et. al.,        Defendants. | ) ) | Case No. 4:12-cv-004 |
| CPEC v.                             Plaintiff,<br>Nick Wilkie, et al.,             Defendants. | ) ) | Case No. 4:12-cv-005 |
| CPEC v.                             Plaintiff,<br>Gloria Davis, et al.,            Defendants. | ) ) | Case No. 4:12-cv-005 |

On October 5, 2012, the parties filed what the court construes as a Stipulation for Extension

of Time to Respond to CPEC's Motion for Summary Judgment on the Issue of Public Use and

1

Necessity. The court **ADOPTS** the stipulation. Responses to CPEC's Motion for Summary Judgment on the Issue of Public Use and Necessity are due by October 26, 2012.

    **IT IS SO ORDERED**.

    Dated this 5th day of October, 2012.

                                                  */s/ Charles S. Miller, Jr.*
                                                Charles S. Miller, Jr.
                                                United States Magistrate Judge